UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ASHLEY FRANCIS,
                             Plaintiff,

    -against-

805 COLUMBUS LLC AND STARBUCKS
CORPORATION,
                            Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/19

16 CIVIL 7539 (PGG)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 7, 2019, Defendants' motion for summary judgment is granted. Plaintiff's remaining ADA claims are dismissed on consent. Plaintiff's state and city law claims are dismissed without prejudice; accordingly, the case is closed.

Dated: New York, New York
          March 8, 2019

                                                      RUBY J. KRAJICK

                                                      **Clerk of Court**
                      BY:
                                                      **Deputy Clerk**